UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-23207 |
| | ) | |
| | ) | CHAPTER 13 |
| PROCEEDINGS | ) | |
|    STEVEN SHAWVER AND | ) | |
|    MARY SHAWVER | ) | |
| | ) | JUDGE: ARTHUR I. HARRIS |
|    Debtor(s) | ) | |
| | | Filed on Behalf of Movant, The Locator Services Group Ltd. |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Petitioner, Mark K. Warren, Esq., hereby respectfully requests permission from this Honorable Court to appear *Pro Hac Vice* in the above-titled case filed in the Cleveland Division of the United States Bankruptcy Court for the Northern District of Ohio on behalf of The Locator Services Group Ltd. and General Electric Company, Successor-in-Interest to Citicapital, solely for the purpose of the release of unclaimed funds. Petitioner states under penalty of perjury that she is a member in good standing of the Bar of the Commonwealth of Massachusetts.

Date: Thursday, June 30, 2016

                                                    Respectfully submitted,
                                                  Mark K. Warren, *Pro Hac Vice*

                                                  /s/ Mark K. Warren
                                                Mark K. Warren, Esq. (MA BBO # 662334)
                                                Deputy General Counsel
                                                The Locator Services Group Ltd.
                                                Attorney-In-Fact for General Electric Company
                                                280 Summer Street, Suite 400
                                                Boston, MA 02210-1131
                                                Tel: (617) 859-0600, Ext. 441
                                                associatecounsel@tlsgltd.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-23207 |
| | ) | |
| | ) | CHAPTER 13 |
| PROCEEDINGS | ) | |
|    STEVEN SHAWVER AND | ) | |
|    MARY SHAWVER | ) | |
| | ) | JUDGE: ARTHUR I. HARRIS |
|       Debtor(s) | ) | |

Filed on Behalf of Movant, The Locator Services Group Ltd.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing Application For Admission *Pro Hac Vice* of Mark K. Warren has been served upon the United States Attorney for the Northern District of Ohio, via first class U.S. Mail, postage prepaid, on Thursday, June 30, 2016 as follows:

United States Attorney
Attn: Civil Process Clerk
Carl B. Stokes United States Courthouse
801 West Superior Ave., Suite 400
Cleveland, OH 44113

And upon the following parties via electronic noticing:

| Steven S. Davis | Craig H. Shopneck | United States Trustee |
|---|---|---|
| 1370 Ontario | Chapter 13 Trustee | 201 Superior Avenue East, Suite 441 |
| Standard Bldg, Suite #450 | BP Tower | |
| Cleveland, OH 44113-1744 | 200 Public Square, Suite 3860 | Cleveland, OH 44114 |
| | Cleveland, OH 44114-2321 | |

                                                    /s/ *Mark K. Warren*
                                                  Mark K. Warren, Esq. (MA BBO # 662334)
                                                  Deputy General Counsel
                                                  The Locator Services Group Ltd.
                                                  Attorney-In-Fact for General Electric Company
                                                  280 Summer Street, Suite 400
                                                  Boston, MA 02210-1131
                                                  Tel: (617) 859-0600, Ext. 441
                                                  associatecounsel@tlsgltd.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-23207 |
| | ) | |
| | ) | CHAPTER 13 |
| PROCEEDINGS | ) | |
|    STEVEN SHAWVER AND | ) | |
|    MARY SHAWVER | ) | |
| | ) | JUDGE: ARTHUR I. HARRIS |
|       Debtor(s) | ) | |
| | | Filed on Behalf of Movant, The Locator Services Group Ltd. |

### ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*

Mark K. Warren, an active member in good standing of the Bar of the Commonwealth of Massachusetts, having applied in the above-titled action for admission to practice in the Northern District of Ohio on a *Pro Hac Vice* basis, representing The Locator Services Group Ltd., and General Electric Company, Successor-in-Interest to Citicapital.

IT IS HEREBY ORDERED that the application is GRANTED, subject to the terms and conditions of B.L.R. 2090-1.

# # #

SUBMITTED BY:

/s/ *Mark K. Warren*

Mark K. Warren, Esq. (MA BBO # 662334)
Deputy General Counsel
The Locator Services Group Ltd.
Attorney-In-Fact for General Electric Company
280 Summer Street, Suite 400
Boston, MA 02210-1131
Tel: (617) 859-0600, Ext. 441
associatecounsel@tlsgltd.com

PARTIES TO BE SERVED:

By regular mail to:

United States Attorney for the Northern District of Ohio
Carl B. Stokes United States Courthouse
Attn: Civil Process Clerk
801 West Superior Avenue, Suite 400
Cleveland, OH 44114

And via electronic noticing to:
United States Trustee

Steven S. Davis, Attorney for the Debtor

Craig H. Shopneck, Trustee

Mark K. Warren, Esq.
data@tlsgltd.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-23207 |
| | ) | |
| | ) | CHAPTER 13 |
| PROCEEDINGS | ) | |
|    STEVEN SHAWVER AND | ) | |
|    MARY SHAWVER | ) | |
| | ) | JUDGE: ARTHUR I. HARRIS |
|        Debtor(s) | ) | |

Filed on Behalf of Movant, The Locator Services Group Ltd.

## AFFIDAVIT OF GOOD STANDING

Now comes Petitioner, Mark K. Warren, Esq., and hereby swears and affirms under oath as follows:

1. Petitioner's office address and contact information is:

    The Locator Services Group Ltd.
    280 Summer St., Suite 400
    Boston, MA 02210
    Tel.: (617) 859-0600, Ext. 441
    Fax: (617) 859-0640
    Email: associatecounsel@tlsgltd.com

2. Petitioner states that he is admitted to practice before the following courts in the following jurisdictions:

    a. Courts of all jurisdictions in the Commonwealth of Massachusetts.

3. Petitioner states under the pains and penalties of perjury that he is in good standing and is eligible to practice in the highest court of the Commonwealth of Massachusetts.

BY: _____
Mark K. Warren, Esq., (MA BBO # 662334)
Deputy General Counsel
The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210-1131
Tel: (617) 859-0600, Ext. 441
associatecounsel@tlsgltd.com

## NOTARY PUBLIC

SUBSCRIBED AND SWORN before me this 30TH day of June, 2016.

_____
NOTARY PUBLIC
In and for the Commonwealth of Massachusetts,
In the County of Suffolk.

My commission expires: 4.7.17.

ALYCIA DeANGELIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 7, 2017