UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In re:**

**LESLEY ROSE NOLL-DYER,**

Debtor.

CASE NO. **05-94927**

**CHAPTER 7**

JUDGE **RANDOLPH BAXTER**

**NOTICE TO THE COURT and TO ALL PARTIES**

Now comes Marco E. Graves, former attorney for the Debtor in the above-captioned matter to inform the Court and all parties that he no longer represents the Debtor. The above-captioned case was closed in 2008; I no longer represent the Debtor and I have no means to contact the Debtor. Service of pleadings upon me is not service upon the Debtor.

Respectfully submitted,
/s/ Marco E. Graves
Marco E. Graves
Ohio Regis. No. 0058402 (Inactive)
119 Clark Street
Portland, Maine 04102
207-899-1885 [No fax]
marcograves@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice to The Court and To All Parties was served upon all entities requesting notice by way of the court's electronic case filing system this 21st day of September 2016.

/s/ Marco E. Graves
Marco E. Graves